PROB 35

# ORDER TERMINATING PROBATION
# PRIOR TO EXPIRATION DATE

### UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:03CR05275-01 AWI** |
| ) | |
| **PATRICIA ANN KING** ) | |
| ) | |

On May 16, 2005, the above-named was placed on Probation for a period of 2 years. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Frank Esquivel

**FRANK ESQUIVEL**
**Senior United States Probation Officer**

Dated:   October 6, 2006
             Bakersfield, California
             FE:dk

  /s/ Rick C. Louviere

**REVIEWED BY:** _____
             **RICK C. LOUVIERE**
             **Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:     Patricia Ann KING**
**Docket Number:   1:03CR05275-01**
**ORDER TERMINATING PROBATION**
**PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the probationer be discharged from Probation, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   October 6, 2006**                           /s/ Anthony W. Ishii
0m8i78                                                    UNITED STATES DISTRICT JUDGE